■ The People of the State of New York, Respondent, v Joe L. Davis, Appellant. [844 NYS2d 739]—Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered October 26, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]). Although

the contention of defendant that his plea was not voluntarily, knowingly, and intelligently entered survives his waiver of the right to appeal, defendant failed to preserve that contention for our review by moving to withdraw the plea or to vacate the judgment of conviction (*see People v McKay*, 5 AD3d 1040, 1041 [2004], *lv denied* 2 NY3d 803 [2004]; *People v DeJesus*, 248 AD2d 1023 [1998], *lv denied* 92 NY2d 878 [1998]). This case does not fall within the rare exception to the preservation requirement set forth in *People v Lopez* (71 NY2d 662, 666 [1988]). Present—Gorski, J.P., Smith, Centra, Lunn and Peradotto, JJ.